## KAVANAGH v. STENHOUSE.

No. 615. Decided February 19, 1962.

*Aram K. Berberian* for appellant.

*J. Joseph Nugent;* Attorney General of Rhode Island, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that further consideration of the question of jurisdiction should be postponed to a hearing of the case on the merits.

## RAINSBERGER v. LEYPOLDT, SHERIFF.

No. 835, Misc. Decided February 19, 1962.

*Samuel S. Lionel* for appellant.

*John F. Mendoza* and *Charles L. Garner* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.